1  UNITED STATES DISTRICT COURT
2  DISTRICT OF NEVADA

3  RAYMOND JACKSON,                         Case No. 3:20-cv-00009-GMN-CLB

4                           Plaintiff       **ORDER**

5      v.

6  PHILSON, *et al.*,

7                           Defendants

**I.  DISCUSSION**

On January 8, 2020, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within thirty (30) days from the date of that order. (ECF No. 3 at 2).

On January 23, 2020, Plaintiff filed an application to proceed *in forma pauperis*. (ECF No. 5). Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must file a fully complete application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. <u>Plaintiff did not attach an inmate account statement for the past six months and a properly executed financial certificate to his application</u>. As such, Plaintiff's application to proceed *in forma pauperis* (ECF No. 5) is denied without prejudice.

On January 27, 2020, Plaintiff filed a motion for an extension of time to file a fully complete application to proceed *in forma pauperis* because he had not received his financial certificate and inmate account statement for the past six months from the NDOC. (ECF No. 7 at 1). The Court now grants Plaintiff's motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate, or pay the full $400 filing fee on or before **Wednesday, March 4, 2020**. If Plaintiff files another incomplete application to proceed *in forma pauperis*, the Court will dismiss the case in its entirety, without prejudice, to file a new case when Plaintiff is able to acquire

the necessary documents to file a complete application to proceed *in forma pauperis*.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 5) is denied without prejudice.

IT IS FURTHER ORDERED that Plaintiff's motion for extension of time (ECF No. 7) is granted.

IT IS FURTHER ORDERED that on or before **Wednesday, March 4, 2020**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, including an inmate account statement for the past six months and a properly executed financial certificate, in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff's next application to proceed *in forma pauperis* is incomplete, the Court will dismiss the case, without prejudice, for Plaintiff to file a new case when he is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action will result.

DATED:  February 3, 2020.

_____
UNITED STATES MAGISTRATE JUDGE