AARON D. FORD
  Attorney General
NATHAN C. HOLLAND, Bar No. 15247
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1254
E-mail: NHolland@ag.nv.gov

*Attorneys for Defendant*
*Gregory Martin*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RAYMOND JACKSON,

    Plaintiff,

v.

PHILSON, et al.

    Defendants.

Case No. 3:20-cv-00009-GMN-CLB

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between Plaintiff, Raymond Jackson, and the Defendant, Gregory Martin, in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan C. Holland, Deputy Attorney General, that the above-captioned matter is dismissed with prejudice, as it is duplicative of matter of Jackson v. State of Nevada, et al., Case No. 3:19-cv-0115-MMD-WGC. Case No. 3:19-cv-0115-MMD-WGC is still proceeding may continue. Each party will bear their own attorney fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

1

It is noted that as per the Screening Order Jackson should not be required to pay the $350 filing fee to advance this case as the parties have settled this dispute, and Jackson has agreed not to pursue this case any further. However, this decision is solely in the hands of the Court, as neither the Attorney General's Office nor NDOC has any control over the Court's decision to issue filing fee.

Dated: 5-17-21

By: Raymond Jackson, #1113737
Plaintiff, *Pro Se*

AARON D. FORD
Attorney General

Dated: 5/26/2021

By: /s/ Nathan C. Holland
Nathan C. Holland, Bar No. 15247
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated on this 17 day of June, 2021

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada and that on this 26th day of May, 2021, I caused a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Raymond Jackson, #1113737
Care of ESP Law Librarian
P.O. Box 1989
Ely, NV 89301
ESP_LawLibrary@doc.nv.gov

        /s/Perla M. Hernandez
An employee of the
Office of the Attorney General